270 U. S.    Cases Disposed of Without Consideration by the Court.

No. 468. R. E. HUFF *v.* IRVING PAGE, RECEIVER OF THE FIRST NATIONAL BANK OF LAWTON, OKLAHOMA. Error to the Circuit Court of Appeals for the Fifth Circuit.    April 12, 1926.    Dismissed per stipulation of counsel. *Mr. W. F. Weeks* for plaintiff in error. *Messrs. B. H. Shear, E. E. Blake,* and *F. W. Fischer* for defendant in error.

No. 884. LESLIE ALBERT PORTER *v.* CITY OF LEWISTON, WILLIAM THOMPSON, CHARLES AUGUSTUS PARKER, ET AL. Error to the Supreme Court of the State of Idaho.    April 12, 1926.    Dismissed pursuant to § 2 of rule 11.    *Mr. Robert D. Leeper* for plaintiff in error.    *Mr. James E. Babb* for defendants in error.